**93–471.**  Indus. Energy Consumers of the Ohio Power Co. v. Pub. Util. Comm.  Public Utilities Commission, Nos. 92–01–EL–EFC and 92–101–EL–EFC.  On motion of Sierra Club for leave to intervene.  Motion granted.
WRIGHT, J., not participating.

**93–538.**  Sierra Club v. Pub. Util. Comm.  Public Utilities Commission, Nos. 92–01–EL–EFC and 92–101–EL–EFC.  *Sua sponte,* cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK and F.E. SWEENEY, JJ., concur.
PFEIFER, J., dissents.
WRIGHT, J., not participating.

**93–553.**  State ex rel. Pizza v. Eubank.  In Habeas Corpus.  *Sua sponte,* cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–590.**  Tekancic v. Todia.  In Procedendo.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–606.**  State ex rel. Graybill v. Fleisher.  In Habeas Corpus.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–728.**  Cowden v. Dallman.  In Habeas Corpus.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–781.**  State ex rel. Spirko v. Judges of the Court of Appeals for the Third App. Dist.  In Mandamus.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.
WRIGHT, J., dissents and would grant an alternative writ.

**93–791.**  Missionary Church, Ohio Dist., Inc. v. Limbach.  Board of Tax Appeals, No. 90–A–504.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.
PFEIFER, J., dissents.

**93–801.**  State ex rel. Fears v. Klusmeier.  In Mandamus.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–889.**  State ex rel. Rodgers v. Corrigan.  In Mandamus.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.